# PELUSO & TOUGER, LLP
ATTORNEYS AT LAW
70 LAFAYETTE STREET
NEW YORK, NEW YORK 10013

TELEPHONE: (212) 608-1234
FACSIMILE: (212) 513-1989

May 25, 2021
By Email and ECF

Honorable Richard J. Sullivan
United States Courthouse
500 Pearl St.
New York, New York 10007

Re: USA v. Joseph McMaster, 09 CR 466 (RJS)

Your Honor,

As the Court is well aware Mr. McMaster was rearrested in the District of New Jersey on June 10, 2019 and has been prosecuted under Indictment Number 19 CR 721. Mr. McMaster has plead guilty pursuant to a plea agreement and is awaiting sentence in that District. The reason for this letter to the Court is that Mr. McMaster most respectfully would like to proceed at this time (as quickly as the Court's calendar allows) with his violation of supervised release before this Court. Mr. McMaster is ready to plead guilty to his violation and proceed with sentencing at dates set by this Court. He is currently housed in the Essex County Jail in Newark, New Jersey and is willing to proceed via electronic link if this is easier for the Court to arrange.

Thank you very much for your consideration of this matter and I await further instruction from the Court.

Respectfully yours,

David Touger

cc: United States Attorney's Office for the Southern District of New York, Via ECF

IT IS HEREBY ORDERED THAT the parties shall appear before the Court on June 7, 2021 at 3:00 p.m., at which time Mr. McMaster will be presented on the specifications of his alleged violation of supervised release. With the consent of the parties, the presentment will take place remotely via CourtCall videoconference. Mr. McMaster's counsel of record, Mr. Touger, shall review with Mr. McMaster the attached Waiver of Right to be Present at Criminal Proceeding form, which shall then be executed and submitted to the Court. The Court will then issue further instructions concerning the requested videoconference.

SO ORDERED:
Dated: 5/25/2021   RICHARD J. SULLIVAN
U.S.C.J., Sitting by Designation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA

                            -v-

JOSEPH MCMASTER,
                            Supervisee.
-----------------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

**9-CR-466 (RJS)**

**Check Proceeding that Applies**

\_\_\_\_ Arraignment

I have been notified of the specifications of violation of the terms of supervised release that have been filed against me and have discussed the specifications with my attorney. I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York to confirm that I have received and reviewed the specifications; to have the specifications read aloud to me if I wish; and to enter a denial or admission of violation before the judge. By signing this document, I wish to advise the court that I willingly give up my right to appear in a courtroom in the Southern District of New York to be informed of these specifications and to enter a denial or admission.

Date: _____
             Signature of Defendant

             _____
             Print Name


\_\_\_ Supervised Release Conference

I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time the conditions of my release on supervision or my remand to custody are discussed. I have discussed these rights with my attorney and wish to give up these rights for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic. I request that my attorney and I be permitted to participate by telephone, or if it is reasonably available by videoconferencing, in any conference with the court at which such conditions or my remand are discussed.

Date: _____
             Signature of Defendant

             _____
             Print Name

I hereby affirm that I am aware of my obligation to discuss with my client the specifications of violation of supervised release, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form. I affirm that my client knowingly and voluntarily consents to the proceedings being held without my client being physically present in court.

Date: _____
Signature of Defense Counsel

_____
Print Name

**Addendum for a defendant who requires services of an interpreter:**

I used the services of an interpreter to discuss these issues with the defendant. The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it. The interpreter's name is:

_____.

Date: _____
Signature of Defense Counsel

**Accepted:** _____
Signature of Judge
Hon. Richard J. Sullivan
U.S.C.J. Sitting by Designation
Date: