UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

JOSEPH MCMASTER,

               Supervisee.

No. 09-cr-466 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

      As the Court previously ordered (Doc. No. 44), the parties shall appear before the Court on June 7, 2021 at 3:00 p.m., at which time Mr. McMaster will be presented on the specifications of his alleged violation of supervised releasee. The Court will email the parties directly with instructions for accessing the CourtCall proceeding. Members of the public may monitor the proceedings through CourtCall's public access audio line by using the following credentials:

      Dial-in: 855-268-7844
      Access code: 32091812#
      PIN: 9921299#.

SO ORDERED.

Dated:     June 2, 2021
             New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES CIRCUIT JUDGE
                                                Sitting by Designation