UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>JOSEPH MCMASTER,<br><br>                 Supervisee. | No. 09-cr-466 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

      The Court is in receipt of a sentencing submission from defense counsel on behalf of the Supervisee, who is scheduled to be sentenced for his violation of the terms of his supervised release on August 31, 2021. Today, counsel filed a redacted version of that submission on ECF but failed to explain to the Court why such redactions are warranted under *United States v. Amodeo*, 71 F.3d 1044 (2d Cir. 1995), and its progeny. Accordingly, IT IS HEREBY ORDERED THAT, by August 6, 2021, Supervisee's counsel shall file a letter with the Court, under seal if necessary, articulating why the presumption of open records has been rebutted with respect to the redacted portions of the submission that was filed earlier today. *See Amodeo*, 71 F.3d at 1047–50.

SO ORDERED.

Dated:      August 3, 2021
              New York, New York

                                                          RICHARD J. SULLIVAN
                                                          UNITED STATES CIRCUIT JUDGE
                                                           Sitting by Designation