UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

JOSEPH MCMASTER,

Supervisee.

No. 09-cr-466 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT Supervisee's sentencing is adjourned to Monday, September 13, 2021 at 2:00 p.m. at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.  The Court will issue an order in due course with the exact location of the proceeding.  Members of the public may monitor the proceeding either in-person at the Courthouse or via the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:     August 31, 2021
           New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation