UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>JOSEPH MCMASTER,<br><br>Supervisee. | No. 09-cr-466 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

As the Court previously ordered (Doc. No. 54), Supervisee's sentencing will take place on Monday, September 13, 2021 at 2:00 p.m. in Courtroom 20C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.  Members of the public may monitor the proceeding either in-person in Courtroom 20C or via the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:    September 3, 2021
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation